UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| VITOL, S.A., | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No.: MJG-09-CV-3430 |
| CAPRI MARINE LTD., et al. | * | |
|     Defendants | * | |
| And | * | |
| INCHCAPE SHIPPING SERVICES, INC.; JOHN S. CONNOR, INC. | * | |
| | * | |
|     Garnishees | * | |

* * * * * * * * * * * * *

## DECLARATION OF DON MANEY OF INCHCAPE SHIPPING SERVICES, INC.

I, Don Maney, declare under penalty of perjury as follows:

1. I am the Port Manager of Inchcape Shipping Services, Inc. ("Inchcape").

2. I submit this Declaration by agreement with counsel for Vitol in lieu of a formal answer to the complaint and answers to the interrogatories served on Inchcape.

3. Inchcape authorizes Vitol's local counsel, Mr. Alex Giles of Semmes Bowen & Semmes, to electronically file this Declaration on Inchcape's behalf.

4. Following receipt of the writ in this action, Inchcape reviewed its records and has determined that it does not currently have any Assets (as defined in the writ) of any of the Defendants.

5. Inchcape did, however, have Assets of, Deiulemar Shipping SpA Torre del Greco relating to Inchcape's prior services as agent for the THOR during a vessel call at Baltimore on or about October 13, 2009.

Pursuant to 28 U.S.C. §1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January, 2010.

_____
Don Maney