

ATTORNEYS AT LAW

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
www.semmes.com

**Alexander M. Giles**
*Principal*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410.576.4882
410.539.5223   Fax
agiles@semmes.com

March 5, 2010

The Honorable Marvin J. Garbis
United States District Court
    for the District of Maryland
101 W. Lombard Street, Chambers 5C
Baltimore, Maryland 21201

RE:     Vitol, S.A. v. Capri Marine, Ltd., et al.
        Civil Action No.: MJG-09-CV-3430

Dear Judge Garbis:

I am writing on behalf of Plaintiff Vitol, S.A. and Defendants Spartacus and Primerose in the above-captioned matter.

During the January 15, 2010 conference call in this matter, Your Honor established the Briefing Schedule for the Motion to Vacate Attachment and/or Dismiss that has subsequently been filed by Defendants Spartacus and Primerose.  It is the recollection of counsel that Your Honor indicated that a hearing would be scheduled for Friday, March 12 at 2:00 p.m. and would be held if necessary.

All counsel believe a hearing would be useful and thus make such a request.  Neither side, however, intends to present live witness testimony.  Unless Your Honor instructs to the contrary, we will plan to appear at the previously scheduled time.

Thank you for your consideration of this matter.

Very truly yours,

/s/

Alexander M. Giles



The Honorable Marvin J. Garbis
March 5, 2010
Page 2

cc:     Geoffrey S. Tobias, Esquire
        Patrick Lennon, Esquire
        Lawrence J. Kahn, Esquire
        JoAnne Zawitoski, Esquire

B0976317.WPD:23790:1